No. 72–6609.  JIMENEZ ET AL. *v.* WEINBERGER, SECRE-
TARY OF HEALTH, EDUCATION, AND WELFARE.  Appeal
from D. C. N. D. Ill.  Motion to dispense with printing

1062

*amicus curiae* brief of Jacqueline Severance et al. granted. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.